# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

KANSAS, et al.,

    *Appellants*,

        v.

GARLAND, et al,

    *Appellees*.

**No. 24-3101**

## MOTION TO WITHDRAW COUNSEL

The undersigned attorney for Appellant State of Idaho respectfully requests that this Court withdraw the appearance of Joshua N. Turner as counsel in the above captioned case because he is ending his service with the State of Idaho. The State of Idaho will continue to be represented by Alan M. Hurst.

Dated: September 11, 2024      Respectfully submitted,

                             /s/ *Joshua N. Turner*
                             Joshua N. Turner
                             Chief of Constitutional Litigation and Policy
                             Attorney for Appellant, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on the September 11, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Joshua N. Turner*
Joshua N. Turner