FILED
United States Court of Appeals
Tenth Circuit

October 28, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF KANSAS, et al.,

    Plaintiffs - Appellants,

v.

MERRICK B. GARLAND, in his official capacity as the United States Attorney General, et al.,

    Defendants - Appellees.

------------------------------

STATE OF OHIO, et al.,

    Amici Curiae.

No. 24-3101
(D.C. No. 6:24-CV-01086-TC-TJJ)
(D. Kan.)

_____

**ORDER**
_____

Before **MATHESON**, **EBEL**, and **CARSON**, Circuit Judges.
_____

    This matter comes before the court on plaintiffs' motion for an injunction pending appeal. The defendants oppose the motion. The party requesting a stay or injunction pending appeal "bears the burden of showing that the circumstances justify an exercise of [the court's] discretion" under "the circumstances of the particular case." *Nken v.*

*Holder*, 556 U.S. 418, 433-34 (2009) (internal quotation marks omitted). Upon consideration of the parties' filings and the applicable law, we deny the motion.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk