IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF KANSAS, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>PAMELA J. BONDI, in her official capacity as the United States Attorney General, et al.,<br><br>Defendants-Appellees. | No. 24-3101 |

**UNOPPOSED MOTION TO REMOVE CASE FROM ORAL ARGUMENT CALENDAR AND PLACE IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the federal government respectfully moves to postpone the oral argument scheduled for March 18, 2025, and to hold this appeal in abeyance, with the government to file status reports every 60 days. This motion is unopposed.

1. In April 2024, the Bureau of Alcohol, Tobacco, Firearms, and Explosives issued a rule addressing, *inter alia*, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18

U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see Definition of "Engaged in the Business" as a Dealer in Firearms*, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary injunction, which the district court denied.  *See* App. Vol. 3 at 1-15.  Plaintiffs appealed, and this Court has set oral argument for March 18, 2025.

    2.  Following a change in administration, on February 7, 2025, President Trump issued an Executive Order titled Protecting Second Amendment Rights. See President Donald J. Trump, Presidential Actions: Protecting Second Amendment Rights (Feb. 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-amendment-rights.  Among other things, the Order directs the Attorney General to "examine" various "actions of executive departments and agencies" to "assess any ongoing infringements of the Second Amendment rights of our citizens, and present a proposed plan of action to the President, though the Domestic Policy Advisory, to protect the Second Amendment rights of all Americans." Id. § 2(a).  And the Order specifically directs the Attorney General, as part of that process, to review all "[r]ules promulgated by the Department of Justice, including by the Bureau of Alcohol, Tobacco, Firearms, and

Explosives, from January 2021 through January 2025 pertaining to firearms and/or Federal firearms licenses." *Id.* § 2(b)(ii).

    3. In light of that development, the government respectfully moves to postpone the March 18 oral argument and to hold this case in abeyance pending review of the challenged rule. An abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that litigation is focused on enduring agency action and informed by the views of current agency leadership. The government respectfully proposes to update the Court with status reports every 60 days.[1]

    4. Plaintiffs do not oppose the relief requested in this motion.

---

[1] The government has informed plaintiffs that it agrees not to enforce the rule as to the parties here while the case is in abeyance.

                Respectfully submitted,

                BRETT A. SHUMATE
                  *Acting Assistant*
                  *Attorney General*

                MICHAEL S. RAAB

                */s/ Brad Hinshelwood*
                BRAD HINSHELWOOD
                 *Attorneys, Appellate Staff*
                 *Civil Division, Room 7256*
                 *U.S. Department of Justice*
                 *950 Pennsylvania Avenue NW*
                 *Washington, DC 20530*
                 (202) 514-7823

February 18, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 418 words, excluding those portions exempted by Rule 32(f). I certify that the response complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface. I further certify that:

(1) All required privacy redactions have been made;

(2) Any required paper copies to be submitted to the court are exact copies of the version submitted electronically; and

(3) This submission was scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD