FILED
United States Court of Appeals
Tenth Circuit

February 20, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF KANSAS, et al.,

    Plaintiffs - Appellants,

v.

MERRICK B. GARLAND, in his official capacity as the United States Attorney General, et al.,

    Defendants - Appellees.

------------------------------

STATE OF OHIO, et al.,

    Amici Curiae.

No. 24-3101
(D.C. No. 6:24-CV-01086-TC-TJJ)
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on Appellees' *Unopposed Motion to Remove Case from Oral Argument Calendar and Place in Abeyance*. Upon careful consideration, the court directs as follows.

The March 18, 2025 oral argument in this matter is VACATED, and all counsel are excused from attendance. This matter is ABATED for 120 days. No later than 60 days from the date of this order, Appellees shall file a status report to advise the court of the status of their "review of the challenged rule" and their efforts to "ensur[e] that [this] litigation is focused on enduring agency action and informed by the views of current

agency leadership." Absent further order of the court to the contrary, the Clerk's Office shall reset this matter for oral argument during the court's September 2025 term, which will take place the week of September 8, 2025.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk