IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF KANSAS et al.<br><br>    Appellants,<br><br>v.<br><br>PAMELA J. BONDI, in her official capacity as the United States Attorney General, et al.,<br><br>    Appellees. | No. 24-3101 |

## STATUS REPORT

Pursuant to the Clerk's order of February 20, 2025, the federal government respectfully informs the Court of recent developments concerning this case.

1. In April 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives issued a rule addressing, inter alia, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see* Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary injunction,

which the district court denied. *See* App. Vol. 3 at 1-15. Plaintiffs appealed, and the Court set oral argument for March 18, 2025. The federal government moved the Court to postpone argument and put the case in abeyance pending review of the challenged Rule. The Court granted the federal government's motion on February 20, 2025, and ordered the federal government to update the Court on the status of the review of the rule on or before April 21, 2025.

    2. On April 7, 2025, the Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives announced "plans to revisit" the rule at issue in this case and "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* Bureau of Alcohol, Tobacco, Firearms and Explosives, DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules (April 7, 2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules.

    3. In light of the ongoing review of the rule, the government respectfully requests that the Court keep the case in abeyance pending the outcome of that review. The government respectfully proposes to update the Court with status reports every 60 days.

Respectfully submitted,

MICHAEL S. RAAB
BRAD HINSHELWOOD
 /s/ *Kevin J. Kennedy*
Kevin J. Kennedy
Attorneys, Appellate Staff
Civil Division, Room 7234
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-4214
kevin.j.kennedy@usdoj.gov

*Counsel for Appellees*

April 21, 2025

## CERTIFICATE OF SERVICE

 I certify that on April 21, 2025, I electronically filed this status report with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

            */s/ Kevin J. Kennedy*
            Kevin J. Kennedy