IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF KANSAS et al. <br><br> Appellants, <br><br> v. <br><br> PAMELA J. BONDI, in her official capacity as the United States Attorney General, et al., <br><br> Appellees. | No. 24-3101 |

**STATUS REPORT AND MOTION FOR CONTINUED ABEYANCE**

Pursuant to the Clerk's order of April 21, 2025, the federal government provides this status report and moves to keep the case in abeyance. This motion is unopposed.

1. In April 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives issued a rule addressing, inter alia, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see* Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary injunction,

which the district court denied. *See* App. Vol. 3 at 1-15. Plaintiffs appealed, and the Court set oral argument for March 18, 2025. The federal government moved the Court to postpone argument and put the case in abeyance pending review of the challenged Rule. The Court granted the federal government's motion on February 20, 2025, placed the case in abeyance for 120 days, and ordered the federal government to update the Court on the status of the review of the Rule every 60 days.

    2. On April 21, the federal government filed a status report, informing the Court that, on April 7, 2025, the Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives announced "plans to revisit" the rule at issue in this case and "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* Bureau of Alcohol, Tobacco, Firearms and Explosives, DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules (April 7, 2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules. After review of the status

report, the Court ordered the federal government to provide further update on the status of the review of the rule on or before June 20.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives' review of the Rule is ongoing. Given the ongoing review, the federal government respectfully moves the Court to keep the case in abeyance pending review of the challenged Rule. An abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that litigation is focused on an enduring agency action and informed by the views of current agency leadership. The government respectfully proposes to update the Court with status reports at least every 60 days.[1]

4. Plaintiffs do not oppose the relief requested in this motion.

---

[1] The government has informed plaintiffs that it agrees not to enforce the rule as to the parties here while the case is in abeyance.

Respectfully submitted,

MICHAEL S. RAAB
BRAD HINSHELWOOD
 /s/ *Kevin J. Kennedy*
Kevin J. Kennedy
Attorneys, Appellate Staff
Civil Division, Room 7234
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-4214
kevin.j.kennedy@usdoj.gov

*Counsel for Appellees*

June 20, 2025

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 430 words, excluding those portions exempted by Rule 32(f). I certify that the response complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface. I further certify that:

(1) All required privacy redactions have been made;

(2) Any required paper copies to be submitted to the court are exact copies of the version submitted electronically; and

(3) This submission was scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Kevin J. Kennedy*
Kevin J. Kennedy