STEPHEN J. COX
ATTORNEY GENERAL

Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Email: aaron.peterson@alaska.gov

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

| | |
|---|---|
| STATE OF KANSAS, et al.,<br><br>     Plaintiffs-Appellants.<br><br>  v.<br><br>GARLAND, et al.,<br><br>     Defendants-Appellees. | Case No. 24-3101<br><br>District Court Case No. 6:24-cv-01086 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

     I, Aaron Peterson, move for leave to withdraw as counsel of record for Appellant State of Alaska, because I will soon be resigning from the Alaska Department of Law. The State of Alaska will continue to be represented by other counsel who will enter an appearance in this appeal. No party will be prejudiced by this withdrawal.

DATED December 15, 2025.

         STEPHEN J. COX
         ATTORNEY GENERAL

       By: */s/Aaron C. Peterson*
         Aaron C. Peterson (AK Bar No. 1011087)
         Senior Assistant Attorney General
         Department of Law
         1031 W. 4th Ave., Ste. 200
         Anchorage, AK 99501
         Telephone: (907) 269-5232
         Email: aaron.peterson@alaska.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, a copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was filed electronically using the Court's CM/ECF system, which will send notification of the filing to counsel of record who are registered users.

/s/Jenna Combs
Jenna Combs
Law Office Assistant I