IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF KANSAS et al.

                 Appellants,

        v.                                                       No. 24-3101

PAMELA J. BONDI, in her official
capacity as the United States
Attorney General, et al.,

                 Appellees.

## STATUS REPORT

Pursuant to the Court's order of June 25, 2025, the federal

government provides this status report regarding the Bureau of Alcohol,

Tobacco, Firearms and Explosives (ATF)'s review of the rule challenged

in this case.

1.  In April 2024, ATF issued a rule addressing, inter alia, the

circumstances under which individuals are required to obtain a federal

firearms license because they are "engaged in the business" of dealing

in firearms.  18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see* Definition of

"Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968

(Apr. 19, 2024).  Plaintiffs challenged the rule and sought a preliminary

injunction, which the district court denied. *See* App. Vol. 3 at 1-15.
Plaintiffs appealed, and the Court set oral argument for March 18,
2025. The federal government moved the Court to postpone argument
and put the case in abeyance pending review of the challenged Rule.
The Court granted the federal government's motion on February 20,
2025, placed the case in abeyance for 120 days, and ordered the federal
government to update the Court on the status of the review of the Rule
every 60 days. On June 20, 2025, the government moved for the Court
to place the case in abeyance pending review of the challenged Rule.
The Court granted the motion and directed the government to provide
status reports every 60 days.

2. As the government has previously explained, on April 7, 2025,
the Department of Justice and ATF announced "plans to revisit" the
rule at issue in this case and "revis[e] the guidelines for determining
who is considered 'engaged in the business' of selling firearms." *See*
Bureau of Alcohol, Tobacco, Firearms and Explosives, DOJ, ATF Repeal
FFL Inspection Policy and Begin Review of Two Final Rules (April 7,
2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-
inspection-policy-and-begin-review-two-final-rules. As the government

advised in its previous status report, ATF is preparing a notice of proposed rulemaking on the same subject matter as the Engaged in the Business rule. Although this process was affected by the lapse in appropriations—which resulted in the furlough of most of ATF's Office of Regulatory Affairs—the agency currently expects to publish a notice of proposed rulemaking in early 2026. Given the agency's ongoing rulemaking process, it is appropriate that this case remain in abeyance until that process is complete. The government will continue to update the Court with status reports at least every 60 days.

Respectfully submitted,

MICHAEL S. RAAB
BRAD HINSHELWOOD
*/s/ Steven H. Hazel*
Steven H. Hazel
Attorneys, Appellate Staff
Civil Division, Room 7217
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-2498
steven.h.hazel@usdoj.gov

*Counsel for Appellees*

December 22, 2025

## CERTIFICATE OF SERVICE

I certify that on December 22, 2025, I electronically filed this status report with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel