IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF KANSAS et al.

      Appellants,

    v.

PAMELA J. BONDI, in her official
capacity as the United States
Attorney General, et al.,

      Appellees.

No. 24-3101

**STATUS REPORT**

Pursuant to the Court's order of June 25, 2025, the federal government provides this status report regarding the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)'s review of the rule challenged in this case.

1. In April 2024, ATF issued a rule addressing, inter alia, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see* Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary

injunction, which the district court denied.  *See* App. Vol. 3 at 1-15. Plaintiffs appealed, and the Court set oral argument for March 18, 2025.  The federal government moved the Court to postpone argument and put the case in abeyance pending review of the challenged Rule. The Court granted the federal government's motion on February 20, 2025, placed the case in abeyance for 120 days, and ordered the federal government to update the Court on the status of the review of the Rule every 60 days.  On June 20, 2025, the government moved for the Court to place the case in abeyance pending review of the challenged Rule. The Court granted the motion and directed the government to provide status reports every 60 days.

2.  As the government has previously explained, on April 7, 2025, the Department of Justice and ATF announced "plans to revisit" the rule at issue in this case and "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms."  *See* Bureau of Alcohol, Tobacco, Firearms and Explosives, DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules (April 7, 2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules.  As of February 17,

2026, ATF has submitted a notice of proposed rulemaking to the Office of Management and Budget (OMB). *See* Office of Management and Budget, Executive Order Submissions Under Review, https://www.reginfo.gov/public/do/eoReviewSearch (indicating that the proposed rule was received on February 17 and is pending review); *see also* Exec. Order No. 12,291, Section 3, 3 C.F.R. 127 (1981) (reflecting that OMB review is generally the final step before a rule's publication). Given the agency's ongoing rulemaking process, it is appropriate that this case remain in abeyance until that process is complete. The government will continue to update the Court with status reports at least every 60 days.

Respectfully submitted,

MICHAEL S. RAAB
BRAD HINSHELWOOD
 */s/ Steven H. Hazel*
Steven H. Hazel
Attorneys, Appellate Staff
Civil Division, Room 7217
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-2498
steven.h.hazel@usdoj.gov

*Counsel for Appellees*

February 20, 2026

# CERTIFICATE OF SERVICE

I certify that on February 20, 2026, I electronically filed this status report with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel